(Revised 01/98)              CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE __2-23-09__ - WICHITA

CASE NO. __07-10142-15-JTM__ UNITED STATES vs. __Cortez Grayson, a/k/a "Corpse"__ AGE: __36__

**FILED**
U.S. District Court
District of Kansas

FEB 23 2009

Clerk, U.S. District Court
By _____ Deputy Clerk

APPEARANCES:
- Government:
  - ( ) Lind
  - ( ) Watson
  - ( ) Furst
  - ( ) Metzger
  - ( ) Barnett
  - ( ) Welch
  - ( ) Anderson
  - (✓) Treaster
  - ( ) Mott
  - ( ) Oakley

- Defendant: (✓) In Person    ( ) By Counsel: __None__
  - ( ) Retained    ( ) Appointed

JUDGE:
- ( ) Humphreys
- (✓) Bostwick

CLERK:
- ( ) Stimits
- (✓) Larkey

U.S. PROBATION:
- ( ) Madden
- (✓) Chirinos
- ( ) _____

Proceedings:
- ( ) Preliminary Hearing
- (✓) Rule 5  15 Min.
- ( ) Bond Hearing
- ( ) Held
- ( ) Detention
- ( ) Bond Revoc.
- ( ) Waived
- ( ) Arraignment
- ( ) Probation Violation
- ( ) Sentence

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS     Arrest Date _____

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status
- (✓) Defendant's constitutional rights explained
- ( ) Defendant declined to waive indictment
- ( ) Signed Waiver of Indictment
- ( ) Advised of Rights under
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to enter plea filed
- ( ) Interpreter    ( ) Appointed
- (✓) Counsel appointed __CJA__
- (✓) Felony    ( ) Misdemeanor
- ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver by Juvenile    ( ) Inform. filed
- ( ) Rule 20    ( ) Rule 40
- ( ) Signed Consent to Proceed Before Magistrate
- ( ) Plea Agreement attached
- ( ) Sworn    Name: _____

- ( ) ARRAIGNMENT AND PLEA:   5th Superseding
  - ( ) Waived Reading    (✓) Indictment    ( ) Information
  - ( ) Previous Plea    ( ) Guilty    ( ) Not Guilty
  - ( ) Guilty
  - ( ) Not Guilty
- (✓) No. of Counts: __10 + Forfeiture__
- ( ) Read to Defendant
- Counts: _____ withdrawn
- Counts: _____ accepted
- Counts: _____

- ( ) Judgment Deferred    ( ) Pre-Sentence Investigation    ( ) Continued to: _____
- ( ) Bond    ( ) Fixed at    ( ) Remain at: $_____    ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order    ( ) Executed    ( ) Continued in effect    (✓) Remanded to Custody
- ( ) Detention Ordered    (✓) Temporary Detention Ordered
- ( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance __Feb. 27, 2009__ at __1:30__ a.m./(p.m.) before Judge __Bostwick__
for: (✓) Detention hearing    (✓) Arraignment    ( ) _____
Miscellaneous: __1:30 - 1:45__